458

U.S.

v.

**Durell J. STEWART**

**No. 17-0463/AR**

U.S. Court of Appeals for
the Armed Forces.

August 16, 2017

CCA 20160128

DAILY JOURNAL

Petitions for Reconsideration Denied

Appellant's petition for reconsideration of the Court's order issued July 17, 2017 is denied.

U.S.

v.

**Ryan A. CAMPBELL**

**No. 17-0466/AF**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 38906

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**James R. STORTZ**

**No. 17-0444/AF**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA S32377

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**William G. INMAN**

**No. 17-0492/AR**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 20150042

DAILY JOURNAL

Petitions for Grant of Review Denied

